■ JUDITH M. JAROSZ, Appellant, v KATHARINA M. DOYLE, M.D., et al., Respondents. [951 NYS2d 423]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered March 18, 2011 in a medical malpractice action. The order granted the motions of defendants for summary judgment and dismissed the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.